PRISCILLA ANDERSON, *Respondent, v.* THE METROPOLITAN LIFE INSURANCE COMPANY, *Appellant.*— Judgment affirmed, with costs. Opinion by DYKMAN, J.

CHARLINA J. PRICE and another, *Respondents, v.* CATHARINE STEDWELL and JEREMIAH H. STEDWELL, her husband, *Appellants*, and AGNES L. GUILD and another, *Respondents.*— Judgment affirmed. without costs. Opinion by PRATT, J.

MARY BAUMAN, *Appellant, v.* LUDWIG HOLZHAUSEN, *Respondent.*— Judgment and order denying new trial affirmed, with costs, Opinion by DYKMAN, J.; PRATT, J., dissenting.

CHARLES A. MERRITT, *Respondent, v.* FREDERICA M. KINNEY, *Appellant.*— Judgment affirmed for non-submission of papers, with costs.

WILLIAM HEWLETT, *Respondent, v.* THE POUGHKEEPSIE GAS-LIGHT COMPANY, *Appellant.* — Judgment and order denying new trial reversed, and new trial granted, costs to abide event. Opinion by BARNARD, P. J.; DYKMAN, J., not sitting.

MARSHALL F. SPRENGER, *Respondent, v.* THE POUGHKEEPSIE GAS-LIGHT COMPANY, *Appellant.* — Judgment and order denying new trial reversed, and new trial granted, costs to abide event. Opinion by BARNARD, P. J.; DYKMAN, J., not sitting.

CHARLES IKE, *Appellant, v.* CARMAN FROST and another, *Respondents.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.

MARGARET SMYTHE, *Respondent, v.* WILLIAM WOODS, *Appellant.* — Judgment reversed and new trial granted, costs to abide event; order of reference vacated. Opinion by BARNARD, P. J.

THE CITY NATIONAL BANK OF POUGHKEEPSIE, *Respondent, v.* WILLIAM PHELPS, *Appellant, Impleaded, etc.* — Judgment affirmed, with costs. Opinion by CULLEN, J.

IN THE MATTER OF THE APPLICATION OF THE NEW YORK, WEST SHORE AND BUFFALO RAILWAY COMPANY TO ACQUIRE REAL ESTATE OF ALBERTSON AND NELSON. — Order confirming report of commissioners and award of commissioners affirmed, with costs and disbursements.

MATTER OF E. B. LONG — Order affirmed. Opinion by BROWN, J.

THE PEOPLE OF THE STATE OF NEW YORK *v.* JEREMIAH WHITE — Judgment affirmed. Opinion by PRATT, J.